RECEIVED
AUG 13 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAGORDIAN BROWN | CIVIL ACTION NO. 1:12-CV-68 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| MICHAEL DOVE, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 13th day of august, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE